IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| NICKELAS NECESSITY BREWER | § | |
| VS. | § | CIVIL ACTION NO. 5:17cv186 |
| BOWIE COUNTY, TEXAS | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Nickelas Necessity Brewer, an inmate confined in the Bowie County Correctional Center, proceeding *pro se*, filed this petition for writ of habeas corpus.

According to the website operated by the Arkansas Department of Corrections, petitioner was previously convicted of residential burglary in Craighead County, Arkansas. Petitioner references the indictment for this offense in his petition. Petitioner states that on August 3, 2017, he was forcibly transferred from the custody of the Arkansas Department of Corrections to the Bowie County Correctional Center in Texarkana, Texas. Petitioner states no charges have been filed against him in Texas.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in either the federal judicial district in which he was convicted or the district in which he is incarcerated. As petitioner states no Texas charges have been filed against him, his incarceration in the Bowie County Correctional Center appears to be the result of some contractual arrangement between the Center and the Arkansas Department of Corrections. Accordingly, his incarceration is due to his Arkansas conviction rather than any action by a Texas court.

As petitioner's incarceration is the result of an Arkansas conviction, the Court is of the opinion this petition should be transferred to the federal judicial district where a petitioner physically incarcerated in Arkansas would file a petition challenging an Arkansas conviction. Pursuant to 28 U.S.C. § 83, Craighead County, where petitioner was convicted, is located in the Jonesboro Division of the Eastern District of Arkansas. This petition will therefore be transferred to such division and district.

ORDER

For the reasons set forth above, it is **ORDERED** that this petition is **TRANSFERRED** to the Jonesboro Division of the United States District Court for the Eastern District of Arkansas.

**SIGNED this 29th day of November, 2017.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE